UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. Securities and Exchange Commission | Civ. 1:18-cv-05491-JGK |
| Plaintiff, | Hon. John G. Koeltl |
| v. | **MOTION TO INTERVENE** |
| Santillo, et al, | |
| Defendants. | |
| _____/ | |

Pursuant to Fed. R. Civ. P. 24, and for the reasons stated in the accompanying Memorandum of Law, Movant Doris Olsen hereby moves to intervene in this action for the limited purposes of (1) seeking relief from this Court's June 27, 2018 preliminary injunction order, and (2) seeking turnover of property sufficient to satisfy her judgment against Defendant First Nationle Solution. In accordance with Rule 24(c), a Complaint for Injunctive Relief is attached as **Exhibit A**.

Respectfully submitted,

MIKA MEYERS PLC
Counsel for Movan

Dated: July 30, 2018        By: /s/Daniel J. Broxup
　　　　　　　　　　　　　　　Daniel J. Broxup (P72868)
　　　　　　　　　　　　　　　900 Monroe Avenue, NW
　　　　　　　　　　　　　　　Grand Rapids, MI 49503
　　　　　　　　　　　　　　　(616) 632-8000
　　　　　　　　　　　　　　　dbroxup@mikameyers.com

02407699 2