

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

DUGAN BLISS
TELEPHONE: (212) 336-0971
EMAIL:  blissd@sec.gov

July 31, 2018

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street, Room 14A
New York, New York 10007

     Re:    *Securities and Exchange Commission v. Santillo, et al.,* 18-cv-5491

Dear Judge Koeltl:

    I write as counsel for Plaintiff Securities and Exchange Commission in the above-referenced matter.  With the consent of counsel for Doris Olsen, Mr. Daniel J. Broxup, I respectfully request that the Court reschedule the oral argument set for September 10, 2018 at 4:30 p.m. [Docket No. 41] to any time on September 14, 2018 or at a later date convenient for the Court.  I will be out of state and unavailable on September 10, 2018.  I have conferred with Mr. Broxup and we are both available on September 14, 2018.

                      Respectfully submitted,

                      /s/ Dugan Bliss

                      Dugan Bliss