UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States Securities and Exchange Commission
                    Plaintiff,

-against-

Perry Santillo, et al.,
                    Defendant.

**ORDER BY CONSENT AMENDING PREVIOIUS ORDER DATED JULY 11, 2018**

18-CV-5491-JGK

Having heard the Letter-Motion brought before this Court by Jamie Nobles, Counsel for Defendant Perry Santillo, and by consent of the SEC through Dugan Bliss, Senior Counsel, it is hereby

ORDERED that, Mr. Nobles is authorized to open a trust account for the purposes of facilitating the sale and accumulation of particular assets as agreed upon by the Court, Counsel, and the SEC, to hold all assets for potential disgorgement and restitution upon the conclusion of this case, or any other prosecution by the Department of Justice or the United States Government, to be released for those purposes only by a valid court order, with the exceptions included herein; and it is further

ORDERED that, Mr. Santillo is allowed, on behalf of Lucian Development, to execute the sale of the properties located at 636-638 Hercules, 120-122 Crusader, 300-302 Skybolt, 515-517 Liberator, 131-133 Fury, 500-506 Jupiter, 301-307 Bomarc, and 516-522 Invader, in Gwinn, Michigan, 49841 through the Purchase Agreement dated June 7, 2018 as previously provided to Mr. Bliss and the SEC, for the sum of $150,000.00 The proceeds of said sale will be held in a trust account of Mr. Nobles for future disgorgement and/or restitution purposes by valid court order only; and it is further

ORDERED that Mr. Nobles may receive the funds due from High Point, as outlined in the Court's Memorandum and Order of July 11, 2018, which is anticipated to be approximately $100,000.00 per month, and may disburse and distribute $5,000 00 per month or 5% of the monthly income, whichever is less, to Mr. Santillo for living expenses. All remaining monthly proceeds will be held in a trust account of Mr. Nobles for future disgorgement/restitution purposes by valid court order; and it is further

ORDERED that Mr Nobles may distribute the funds from High Point from July and August 2018 and make two payments each of $5,000 00 or 5% to Mr Santillo, whichever is less, as well as a payment at the end of September and at the end of each month thereafter, for living expenses, at $5,000.00 per month or 5%, whichever is less.

SO ORDERED.

Dated: 9/4/18

                                      Hon. John G. Koeltl
                                      *United States District Judge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9-5-18