**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------

**SECURITIES AND EXCHANGE COMMISSION,**

               **Plaintiff,**           18cv5491 (JGK)

      - against -               <u>ORDER</u>

**PERRY SANTILLO et al.**

               **Defendants.**
------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The SEC is requested to provide a status report to the Court on this case by April 27, 2020.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **April 16, 2020**         <u>/s/ John G. Koeltl</u>
                                        **John G. Koeltl**
                             **United States District Judge**