UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,
                Plaintiff(s)

                                                                                  18 civ 5491 (JGK)

        -against-

PERRY SANTILLO,
                Defendant(s).
-----------------------------------------------------------X

## ORDER

The Clerk is directed to mark this matter stayed.

The Court is awaiting additional materials in this case.

**SO ORDERED.**

                                                                  **JOHN G. KOELTL**
                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        July 31, 2023