**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**SECURITIES AND EXCHANGE COMMISSION,**

                                      **Plaintiff,**

            **-against-**

**PERRY SANTILLO, CHRISTOPHER PARRIS, PAUL
ANTHONY LAROCCO, JOHN PICCARRETO,
THOMAS BRENNER, FIRST NATIONLE SOLUTION,
LLC, PERCIPIENCE GLOBAL CORPORATION, and
UNITED RL CAPITAL SERVICES,**

                                      **Defendants.**

18 Civ. 5491 (JGK)

---

### PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
### NOTICE OF DISMISSAL AS TO DEFENDANTS FIRST NATIONLE SOLUTION, LLC, PERCIPIENCE GLOBAL CORPORATION, AND UNITED RL CAPITAL SERVICES

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Securities and

Exchange Commission ("SEC"), hereby provides notice of its dismissal, with prejudice, of its

Complaint as to Defendants First Nationle Solution, LLC, Percipience Global Corporation, and

United RL Capital Services, none of which have served an answer or motion for summary

judgment.[1]  This notice shall have no effect whatsoever on the SEC's Complaint and claims against

the other Defendants in this action.

                            Respectfully submitted,

                            /s/ Sushila Rao Pentapati
                            Sushila Rao Pentapati
                            SECURITIES AND EXCHANGE COMMISSION
                            New York Regional Office
                            100 Pearl Street, Suite 20-100
                            New York, New York 10004
                            Telephone: (212) 336-0410
                            Email: pentapatisu@sec.gov

---

[1] Indeed, two of these Defendants—Percipience Global Corporation and United RL Capital Services—have not appeared in this case.

*Attorney for Plaintiff*
*Securities and Exchange Commission*

Dated: January 12, 2024