UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,      18-cv-5491 (JGK)

               Plaintiff,      ORDER

    - against -

PERRY SANTILLO, ET AL.,

               Defendants.

---

JOHN G. KOELTL, District Judge:

     The Court has reviewed the proposed final judgments for Perry Santillo, ECF No. 148, and Thomas Brenner, ECF No. 149, and is prepared to sign the Final Judgments subject to the following changes:

     1. Both proposed judgments appear to refer to the affirmations of consent of Mr. Santillo and Mr. Brenner, but the term "Consent" is never defined in the proposed judgments and should be. For example, the proposed judgments could define the "Consent" as the attached affirmation of consent.

     2. In each of the affirmations of consent, there is a reference on page 1 to a "Factual Basis" or "Factual Basis and Relevant Conduct" section of a plea agreement that is attached as Exhibit A, but there is no Exhibit A to either of the affirmations.

     3. In each of the affirmations of consent, there is a reference on page 5 to the "Defendant's undersigned attorney" but there is no "undersigned attorney" in either affirmation.

The parties should assure that these oversights are corrected and that revised proposed final judgments and attachments are provided to the Court promptly. The Securities and Exchange Commission is directed to serve a copy of this Order on Messrs. Santillo and Brenner and file proof of service on the docket of the Court.

**SO ORDERED.**

**Dated:**   New York, New York
             **January 12, 2024**

_____
John G. Koeltl
United States District Judge