UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

PERRY SANTILLO, CHRISTOPHER PARRIS, PAUL
ANTHONY LAROCCO, JOHN PICCARRETO,
THOMAS BRENNER, FIRST NATIONLE SOLUTION,
LLC, PERCIPIENCE GLOBAL CORPORATION, and
UNITED RL CAPITAL SERVICES,

                Defendants.

18 Civ. 5491 (JGK)

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
NOTICE OF DISMISSAL AS TO DEFENDANTS FIRST NATIONLE SOLUTION, LLC,
PERCIPIENCE GLOBAL CORPORATION, AND UNITED RL CAPITAL SERVICES**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Securities and Exchange Commission ("SEC"), hereby provides notice of its dismissal, with prejudice, of its Complaint as to Defendants First Nationle Solution, LLC, Percipience Global Corporation, and United RL Capital Services, none of which have served an answer or motion for summary judgment.[1] This notice shall have no effect whatsoever on the SEC's Complaint and claims against the other Defendants in this action.

SO ORDERED:

/s/ John G. Koeltl
U.S.D.J.
1/16/24

Respectfully submitted,

/s/ Sushila Rao Pentapati
Sushila Rao Pentapati
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
100 Pearl Street, Suite 20-100
New York, New York 10004
Telephone: (212) 336-0410
Email: pentapatisu@sec.gov

---

[1] Indeed, two of these Defendants—Percipience Global Corporation and United RL Capital Services—have not appeared in this case.

*Attorney for Plaintiff*
*Securities and Exchange Commission*

Dated: January 12, 2024