```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

SECURITIES AND EXCHANGE COMMISSION,          18-cv-5491 (JGK)

        Plaintiff,                                    ORDER

    - against -

PERRY SANTILLO, ET AL.,

        Defendants.

---

**JOHN G. KOELTL**, District Judge:

On January 12, 2024, the Court ordered the parties to submit proposed final judgments for Defendants Perry Santillo and Thomas Brenner. ECF No. 153. The Court signed a Final Judgment as to Mr. Brenner on February 1, 2024. ECF No. 161.

The parties are directed to provide an update to the Court on the status of the proposed final judgement for Mr. Santillo by **April 22, 2024.**

**SO ORDERED.**

Dated:    New York, New York
           April 15, 2024

                                                  John G. Koeltl
                                          United States District Judge