```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/17/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

-against-

PERRY SANTILLO, et al.,

        Defendants.

18-CV-5491 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The above-referenced action has been referred to me for settlement purposes. (Dkt. 167.) Counsel for defendant John Piccarreto has informed the Court that he is in the process of contacting his client, who is incarcerated at FCI McKean, to discuss plaintiff's settlement proposal, and hopes to speak to his client next week.

It is hereby ORDERED that, no later than **May 31, 2024**, defendant Piccarreto's counsel must file a status letter, updating the Court as to whether he has discussed settlement with his client, and – if he has not yet done so – when he expects to speak to his client.

Dated: New York, New York
       May 17, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**