```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

             Plaintiff,

     -against-

PERRY SANTILLO, et al.,

            Defendants.

18-CV-5491 (JGK) (BCM)

**ORDER TO SUPERINTENDENT REGARDING SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    This action is scheduled for a judicially-supervised settlement conference, via telephone, on **June 27, 2024, at 2:00 p.m.**

    It is hereby **ORDERED** that the Warden or other official in charge of FCI Yazoo City Low produce defendant Christopher Parris (BOP Register Number: 01004-509) on **June 27, 2024**, no later than **1:45 p.m.**, to a suitable location within the correctional institution, equipped with a telephone, for the purpose of participating in the conference with the Court and plaintiff. The parties shall dial (888) 557-8511 and enter Access Code 7746387.

    Plaintiff's counsel must: (1) send this Order to the Superintendent immediately; (2) contact FCI Yazoo City Low to arrange the call and determine the telephone number at which the defendant will be reachable at the above time and date; and (3) confirm that the defendant has joined the telephone conference ten minutes before the time and date of the conference.

    If the scheduled time and date presents a hardship, the Superintendent or the Superintendent's designee should promptly inform chambers by calling Courtroom Deputy Tamika Kay at (212) 805-0228.

    The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* defendant Christopher Parris (BOP Register Number: 01004-509) at: Yazoo City Low FCI, 2225 Haley Barbour Parkway, Yazoo City, MS 39194.

Dated: New York, New York
       May 17, 2024

                                  **SO ORDERED.**

                                  _____
                                  **BARBARA MOSES**