

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

DIVISION OF
ENFORCEMENT

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/2024
```

June 17, 2024

**VIA ECF**
Hon. Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 20A
New York, New York 10007



Re:     *Securities and Exchange Commission v. Santillo, et al., 18-cv-5491 (S.D.N.Y.) (JGK)*

Dear Judge Moses:

Pursuant to the Court's May 17, 2024, Order Scheduling Settlement Conference (Dkt. No. 170, the "Order"), Plaintiff Securities and Exchange Commission ("SEC") respectfully seeks to adjourn *sine die* the settlement conference with Defendant Christopher Parris ("Parris") scheduled for June 27, 2024. The SEC and Parris have reached a settlement in principle.

As background, the SEC's Complaint alleges that between at least 2011 to 2017, Parris orchestrated a fraudulent Ponzi scheme that defrauded hundreds of investors. (Dkt. No. 1, ¶¶ 1–6, 22–24.) Parris was convicted in the parallel criminal action, *United States v. Parris*, 6:21-cr-06082-FPG (W.D.N.Y.), and is presently incarcerated in the Bureau of Prisons' Federal Correctional Institution ("FCI") at Yazoo City, Mississippi.

In accordance with Paragraph 2 of the Order, SEC counsel wrote to Parris requesting a telephonic conference, and SEC counsel mailed an updated copy of the SEC's proposed settlement papers to Parris, which require a notarized, signed consent from Parris to be finalized. On June 13, 2024, FCI staff facilitated a telephonic conference between SEC counsel and Parris, and Parris agreed to the SEC's settlement proposal in principle. (SEC counsel has already obtained authorization from the five-member Commission to agree to the settlement terms upon receipt of a signed, notarized consent from Parris.) However, FCI staff informed the parties that a notary will next be visiting the FCI only on July 17, 2024. Parris in turn represented to SEC counsel that he will make an appointment for that date with the notary to execute the required papers and mail them to SEC counsel. Parris also asked SEC counsel if he would still be required to attend the June 27, 2024, settlement conference before the Court, and we informed him that we would seek to adjourn the conference. Upon receipt of Parris's notarized consent, we will promptly submit the proposed final consent judgment to Judge Koeltl for his approval.

This is the parties' first request for an adjournment of the settlement conference. No other deadlines will be affected by this adjournment.

Hon. Barbara C. Moses
June 17, 2024
Page 2

Accordingly, the SEC respectfully requests that the settlement conference scheduled for June 27, 2024, be adjourned *sine die*.

Respectfully submitted,

*/s/ Sushila Rao*
Sushila Rao Pentapati
Trial Counsel

cc: Defendant Christopher Parris (by mail)
Defendants Paul LaRocco and John Piccarreto (via ECF)

---

Application GRANTED to the extent that the settlement conference scheduled for June 27, 2024 is adjourned *sine die*. Plaintiff's counsel must promptly send this Order to the official in charge of FCI Yazoo City Low, and contact FCI Yazoo City Low to communicate that defendant Christopher Parris no longer needs to be produced for a judicially-supervised settlement conference on June 27, 2024.

No later than **July 22, 2024**, the parties must conduct a telephonic conference to discuss the status of defendant Parris's efforts to have the SEC's proposed settlement papers notarized. No later than **July 24, 2024**, plaintiff must submit a status letter advising the Court of the status of the proposed settlement papers, and whether the parties require the Court's assistance in finalizing their settlement agreement.

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se defendant Christopher Parris (BOP Register Number: 01004-509) at: Yazoo City Low FCI, 2225 Haley Barbour Parkway, Yazoo City, MS 39194.

_____
Barbara Moses
United States Magistrate Judge
June 18, 2024