UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,
                Plaintiff,

18-cv-5491 (JGK)

- against -

ORDER

PERRY SANTILLO, ET AL.,
                Defendants.

---

JOHN G. KOELTL, District Judge:

    The Court having entered final judgments against all the individual defendants, and the plaintiff having voluntarily dismissed this action against the entity defendants (ECF No. 154), there is no longer a need for the preliminary injunction and ancillary relief granted by the Court (ECF Nos. 15, 16, 18, 19, and 21) and those orders are vacated.

    The claims against all of the defendants having been resolved, the Clerk is directed to close the case.

SO ORDERED.

Dated:    New York, New York
            September 3, 2024

                                      John G. Koeltl
                             United States District Judge